**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7290**

———————

JOHN EDWARD JONES,

                              Petitioner - Appellant,

     versus

MICHAEL GAINES, Chairman; UNITED STATES PAROLE
COMMISSION,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge.  (CA-
97-1719-S)

———————

Submitted:  January 22, 1998     Decided:  February 10, 1998

———————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Edward Jones, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his petition for writ of mandamus and motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court. <u>Jones v. Gaines</u>, No. CA-97-1719-S (D. Md. Aug. 12, 1997; Aug. 25, 1997.) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>